United States District Court
for the
Southern District of Florida

| | | |
|---|---|---|
| Antonieta Cruzado, on behalf of<br>F.C., Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 22-22583-Civ-Scola |
| | ) | |
| Commissioner of Social Security,<br>Defendant. | ) | |

### Order Adopting Magistrate's Report and Recommendation

     This matter was referred to United States Magistrate Judge Jonathan Goodman for a ruling on all pre-trial, nondispositive matters, and for a report and recommendation on any dispositive matters. Judge Goodman, upon an independent review of the record, has since issued a report, recommending that the Court dismiss this case, without prejudice, for a lack of subject-matter jurisdiction. (Rep. & Rec., ECF No. 7.) Neither party has submitted any objections and the time to do so has passed. Irrespective of the lack of objections, the Court has considered Judge Goodman's report on a de novo basis and finds it cogent and compelling.

     As determined by Judge Goodman, Plaintiff Antonieta Cruzado, on behalf of F.C. and proceeding pro se, has failed to alleged facts showing that she has exhausted her administrative remedies. Nor is there any indication from the record that there has been a waiver of the exhaustion requirement. Although pro se pleadings are held to a less stringent standard than pleadings drafted by attorneys, a party's status as a pro se litigant does not exempt her from establishing the Court's subject-matter jurisdiction. Accordingly, the Court finds, as presented, subject-matter jurisdiction over this case is lacking.

     After careful review of the filings, the applicable law, and the record, the Court **adopts** Judge Goodman's report and recommendation (**ECF No. 7**), and **dismisses** this case **without prejudice**.

     The Court thus directs the Clerk to **close** this case. Any pending motions are denied as moot.

     **Done and ordered** at Miami, Florida, on October 17, 2022.

Robert N. Scola, Jr.
United States District Judge